UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:18-cv-02906 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER VINCENT, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. 302(c)(21).

On November 19, 2018, the undersigned recommended that this action be dismissed and granted plaintiff twenty-one days to file objections. ECF No. 4. On December 10, 2018, plaintiff timely requested a 90-day extension to file objections. ECF No. 5. Plaintiff indicates that he has been hospitalized three times recently, that his mail is delayed while he is hospitalized, that he is not of a sound mental condition to reply to the court's orders, and that he has no access to his legal paperwork or the law library while hospitalized. Id. at 1.

The requested extension of time will granted. Plaintiff is informed that to perfect his objections to the undersigned's findings and recommendations, he need only state in writing that he objects. Though plaintiff may file briefing if he wishes to do so, written argument is not necessary to ensure de novo review by the district judge and to preserve issues for appeal.

For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion for extension of time, ECF No. 5, is GRANTED, and plaintiff shall have until March 11, 2019 to file objections. The court notes that this is a lengthy extension, and that plaintiff does not indicate that his condition will be improved at any particular point in time. Thus, although this first request for an extension is granted, plaintiff is cautioned that any further requests for additional time will be strongly disfavored.

DATED: December 12, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2